1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID L. GAPPA
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. F-07-00133 AWI |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO RESCHEDULE |
| v. | ) STATUS CONFERENCE |
| | ) |
| FRANCISCA MEDRANO-MOLINA, | ) |
| | ) DATE: July 23, 2007 |
| | ) TIME: 9:00 a.m. |
| Defendant. | ) PLACE: Courtroom Two |
| | ) HON: Anthony W. Ishii |

   This is an immigration case that has the potential for resolution through the fast-track disposition program. But the parties need time to receive and review discovery, have the Probation Office prepare a presentence report, and then work out the terms of a possible plea agreement. Given that the defendant will not have been given the opportunity for any meaningful review of discovery and the government will not have the benefit of a draft presentence report, nothing meaningful can be accomplished at the currently scheduled court appearance. The parties hope to have the case much closer to a resolution, if not

1

resolved, by the next requested court date of July 23, 2007.

The parties agree that the requested additional time be excluded from consideration under the Speedy Trial Act for effective preparation by both sides under 18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

Dated:    June 7, 2007            Respectfully submitted,

                                           McGREGOR W. SCOTT
                                           United States Attorney

                                         /s/ David L. Gappa
                              By:  DAVID L. GAPPA
                                         Assistant U.S. Attorney


                                         /s/ Marc Days
                                         Marc Days
                                         Counsel for Francisca Medrano-
                                              Molina

## **ORDER**

IT IS SO ORDERED.  For the reasons stated in the stipulation, the matter is continued to July 23, 2007, at 9:00 a.m. and time is excluded under 18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   June 8, 2007**            /s/ Anthony W. Ishii
                                            UNITED STATES DISTRICT JUDGE